

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:97-CR-060-LDG |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DONALD K. TURNER ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#8) on July 10, 1997. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CHARLES E THOMPSON LAW OFFICE
Amount of Restitution: $16,310.00

Name of Payee: CONNIE LAVERNE THOMPSON
Amount of Restitution: $159,982.66

**Total Amount of Restitution ordered:** $176,292.66

Dated this _3rd_ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE